IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ISAAC DANIEL GONZALEZ,<br>DIEGO ARIAS,<br>BRYAN ARTURO RODRIGUEZ-SERRANO,<br>and<br>JUAN CARLOS CARRILLO-SANCHEZ,,<br><br>                    Defendants. | CASE NO.  1:26-MJ-00045-EPG<br><br>**ORDER UNSEALING REDACTED COMPLAINT** |

The United States, having arrested the defendants in the above-captioned case on a complaint and arrest warrants and the need for sealing the complaint has ceased;

IT IS ORDERED that the redacted complaint and arrest warrant shall be partially unsealed so the defendants may have their initial appearances.

IT IS SO ORDERED.

Dated:    **May 1, 2026**                         _____

STANLEY A. BOONE
United States Magistrate Judge

1